# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES C. CHENAULT                                                                                      PLAINTIFF
#00341511

v.                                            3:24CV00072-DPM-JTK

S. WILLIAMS, et al.                                                                                   DEFENDANTS

## ORDER

Defendants Sam Williams and Jessica Pitcher, through counsel, filed an Answer to Plaintiff's Complaint and supplied their correct names. (Doc. No. 9). The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 6th day of June, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE