IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES C. CHENAULT
# 00341511                                                              PLAINTIFF

v.                        No. 3:24-cv-72-DPM-JTK

SAM WILLIAMS, Deputy/Transporting
Officer, Greene County Detention Center
and JESSICA PITCHER
Deputy/Transporting Officer, Greene
County Detention Center                                                DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 17*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 16*, denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2024