# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAMES C. CHENAULT                                                                                    PLAINTIFF
#00341511

v.                                            3:24CV00072-DPM-JTK

S. WILLIAMS, et al.                                                                                  DEFENDANTS

## ORDER

James C. Chenault's ("Plaintiff") Motion for Copies (Doc. No. 27) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of docket entry numbers 24, 25, and 26 and a copy of the docket sheet, along with a copy of this Order.

IT IS SO ORDERED this 8th day of October, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE