# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES C. CHENAULT                                                    PLAINTIFF
# 00341511

v.                              No. 3:24-cv-72-DPM

SAM WILLIAMS, Deputy/Transporting
Officer, Greene County Detention Center
and JESSICA PITCHER
Deputy/Transporting Officer, Greene
County Detention Center                                             DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 54*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Chenault was done wrong. His seatbelt should have been buckled. Deputy Pitcher shouldn't have laughed at his injuries. But this Court agrees that Deputies Williams and Pitcher are entitled to qualified immunity to the conditions of confinement claim. And the injuries Chenault suffered did not amount to a serious medical need (thankfully).

Motion for summary judgment, *Doc. 49*, granted. Chenault's claims will be dismissed with prejudice. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Motion to substitute, *Doc. 55*, granted. Jennifer Merritt is relieved as counsel for Deputies Williams and Pitcher.

-2-

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2025