IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES C. CHENAULT                                                            PLAINTIFF
#00341511

v.                          No. 3:24-cv-72-DPM-JTK

SAM WILLIAMS, Deputy/Transporting
Officer, Greene County Detention Center
and JESSICA PITCHER
Deputy/Transporting Officer, Greene
County Detention Center                                                      DEFENDANTS

## JUDGMENT

Chenault's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2025